# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| CARLTON VOSE,<br>   Plaintiff,<br><br>   v.<br><br>PAUL A. SUTTELL,<br>   Defendants. | No. 1:23-cv-00039-MSM-PAS |

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Memo and Order of 10/11/2023

            Enter:

            /s/ C. Potter
            Deputy Clerk

Dated: 10/11/2023